UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SALAZAR JUAREZ,<br><br>          Plaintiff,<br><br>     v.<br><br>Y. ABDI, *et al.*,<br><br>          Defendants. | 1:25-cv-00663-CDB (PC)<br><br>ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF CALIFORNIA |

Plaintiff Luis Salazar Juarez, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, Plaintiff brings claims of cruel and unusual punishment and deliberate indifference to serious medical needs under the Eighth Amendment, arising from events that

1  occurred at Richard J. Donovan Correctional Facility in San Diego County.  All of the named
2  Defendants are alleged to work and reside in San Diego County.  Accordingly, because a
3  substantial part of the events giving rise to Plaintiff's claim occurred in San Diego County and
4  because the Defendants allegedly are (or were) employed at Richard J. Donovan Correctional
5  Facility, Plaintiff's action should have been filed in the United States District Court for the
6  Southern District of California.

7       A case in which venue is improper may be transferred to a proper venue if transfer is "in
8  the interest of justice." *Dist. No. 1, Pac. Coast Dist., M.E.B.A. v. State of Alaska*, 682 F.2d 797.
9  799 n.3 (9th Cir. 1982) (quoting 28 U.S.C. § 1406(a)).

10      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
11 States District Court for the Southern District of California.

12 IT IS SO ORDERED.

13    Dated:   **June 4, 2025**
14                                                              UNITED STATES MAGISTRATE JUDGE